424 A.2d 505

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Fred TEDDERS, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 24, 1980.

Decided Jan. 30, 1981.

Paul Gettleman, Zelienople, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Order affirmed.